476 A.2d 59

Commonwealth, Appellant, v. Ennis.

Argued March 8, 1984. Anthony J. Wzorek, Assistant District Attorney, for Commonwealth, appellant; Doris A. Pechkurow, Assistant Public Defender, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ. Order affirmed.